# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:11-00211 |
| v. ) | KEVIN H. SHARP |
| ) | U.S. District Court Judge |
| ) | |
| BRITTAN KETTLES ) | |

## MOTION TO REQUEST REDACTION

The accused, Brittan Kettles, through counsel, Assistant Federal Defender Isaiah S. Gant, respectfully requests redaction of certain personal information in the trial transcript filed August 20, 2012, (DE 90, 91, and 93). In support of this motion, Mr. Kettles would show the following: The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed. In this case, the following information regarding a street address should be redacted from the trial transcript at the time of filing:

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Brittan Kettles

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I electronically filed the foregoing Motion to Request Redaction with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: J. Alex Little, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ Isaiah S. Gant
Isaiah S. Gant